MELISSA BALLAS, Appellant, v OCCUPATIONAL AND SPORTS MEDICINE OF BROOKHAVEN, P.C., et al., Respondents, et al., Defendant.

Submitted January 22, 2008; decided March 25, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.